## Martin O. Walker

*v.*

## Hugh Martin.

New trial—*verdict against the evidence.* In this case the evidence was regarded as sufficient to sustain the verdict.

Appeal from the Circuit Court of Will county; the Hon. Josiah McRoberts, Judge, presiding.

Messrs. Jewett, Jackson & Small, for the appellant.

Mr. George W. Brandt, for the appellee.

Per Curiam: This case has been already twice before this court, and the judgment was each time reversed on the ground of excessive damages; 43 Ill. 508; 52 ib. 347. On the first trial, the jury returned a verdict for $20,000, and on the second, for $25,000. On the last trial, there was a verdict for $6000; and to avoid a new trial, a *remittitur* for $1000 was entered, and the court gave judgment for $5000. The record is again brought here by the plaintiff; but the only ground upon which the former judgments were reversed, is now removed. The record presents simply issues of fact which have been passed upon by the jury; and the evidence being very conflicting, there is no reason for setting aside the verdict.

*Judgment affirmed.*